IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| Ms. Shawn Bell |
| P. O. BOX 23285 |
| Baltimore, MD 21203 |

(Full name and address of the plaintiff)

**Plaintiff(s)**

2015 FEB 20  AM 9: 46

vs.

Civil No.: TBA  WMN-15-489
(Leave blank. To be filled in by Court.)

| U. S. District Court of Maryland-Northern Division |
| 101 W. Lombard Street |
| Baltimore, Maryland 21201 |
| Felicia C. Cannon – the |
| Clerk of Courts |

(Full name and address of the defendant(s))

**Defendant(s)**

******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☑ Other (explain) ADA Accommodations under Title II/ADA 504 to "Appoint Counsel to complete Court filing process if additional info needed and Court procedures ignored by two judges. Hollander & Russell; denied by Judge Bennett (*see order)

2. The facts of this case are:

I suffered Traumatic Brain Injury by the state of Maryland. I filed a "Motion Appoint Counsel" upon filing due to pain, paralysis, amnesia, incomplete thoughts, etc. which are deficits I continue to suffers. The Court made mockery of my disability stating "...rambling, and incoherent statements...Fed R. Civ P. 8 to enable the defendants to respond". Judge Hollander misconstrued the facts concerning Elkton, MD lawsuit and made a judgement on her "false" interpretation. Omitted the "Double Jeopardy/Due process law. Taking advantage of my disability The clerk Court's purposely enter wrong info in the docket list (ie- demand amou The clerk don't always sign date-stamp documents (making them "null & void" The Judge don't sign orders mailed to the me, (who does it file electronically) Null & Voild. As far as I'm concered, the defendants wrote the orders and mailed them To me without a Judge signatures. Or the Judges know their orders are unjust, bias & prejudice or maybe never was processed. As I could not find cases on the Court's Computer when looking for them "Report List Search" or by the names of Defendants Plaintiff. Judges taking advantage of my disability by dismissing my cases without addressing My ADA Accommodation request to "appoint counsel". Causing added pain, physical/ mental anguish and agree to an already stressful situation (headaches, pain, financial hardship-money used for certified copies that I need to buy food to eat as I do not nor ever Used EBT card because I was allotted fifteen dollars a month, because "I'm homeless". Although, I'm indigent, I fell on black ice 8:53 am going yogurt for breakfast @ grocery store. swelling lip, headache, body soreness. This is relevant because the Court has not addressed HUD Housing Discrimination case nor served the defendants. # Also the U.S. District Court of Maryland Refused to submit my appeals to U.S. Court of Appeals 4th District. I had to send it myself which they (appellate court) only filed two without writ of Certorari – which is the Courts responsibility to send files to the appellate Court. Justin Byrd (clerk) had my appeal several weeks on his desk  never submitted & gave it back to me when I ask for appeal case number



Complaint (Rev. 12/2000)



3. The relief I want the court to order is:

☑ Damages in the amount of: $750,000.00 (seven hundred and fifty thousand dollars)

☑ An injunction ordering: Judges to recuse themselves if they continue to be bias and Unprofessional in their position. (ie unsigned orders: leading with their feelings not the law)

☑ Other (explain) The Court mockery of my medical conditions to end. Sensitive training needed for these judges.

Feb. 20, 2015
(Date)

✱ *signature*
(Signature)

Ms. SHAWN BELL

P. O. Box 23285

Baltimore, MD 21203

(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.